IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **THOMAS ANDREW TRIPLETT,** | Case No. 4:23-cv-05452-HSG |
| Petitioner, | **ORDER** |
| v. | |
| **MATTHEW MCVAY,** | |
| Respondent. | |

Good cause appearing, Respondent may have until September 8, 2024, to file his answer or other response to the application for writ of habeas corpus. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent's counsel on or before October 7, 2024.

**IT IS SO ORDERED**.

Dated: 7/15/2024

The Honorable Haywood S. Gilliam, Jr.
United States District Judge